UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-122-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER TO SEAL |
| | ) |
| JAUMAROUS EUGENE MOORE | ) |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that Docket Entry 23 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the 18 day of October 2022.

JAMES C. DEVER III
United States District Judge